**Order filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00067-CR
_____

**AJALON BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1444916**

## ORDER

Appellant's brief was due **February 27, 2020.** No brief or motion for extension of time has been filed.

Appellant is ordered to file a brief on or before **April 27, 2020**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.